JOHN M. WOLFE
5450 Trabuco Road
Irvine, CA 92620
Ph (949) 476-2696
Fx (949) 476-0106

e-mail john.wolfe1@earthlink.net

FILED
OCT 13 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:                                              )    Case No. 8:08-BK-16402 TA
KIM DU                                              )    Chapter 7
                                                    )
                                                    )    NOTICE OF UNCLAIMED
                                                    )    DIVIDEND(S)
                                                    )    (FRBP 3011)
                                                    )
                                                    )
            Debtor(s).                              )
                                                    )

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Please find annexed hereto Check No. 10113 in the sum of $81.15 representing the total amount of unclaimed dividend in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the Party entitled to said unclaimed dividend is as follows:

Claim No #7
1234 Madison Pk Condominium Assoc    $81.15
C/O David Sugar
120 S Riverside Plaza, Ste 1200
Chicago, IL 60606

Dated: 10/4/10

/s/ John M. Wolfe
John M. Wolfe, Chapter 7 Trustee

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10¹
60-249

| Case | Debtor |
|---|---|
| 8:08-BK-16402-TA | DU, KIM |
| 920001772661666 | |
| Turnover unclaimed funds | |

TID #009010
JOHN M. WOLFE
5450 TRABUCO ROAD
IRVINE CA 92620

Date  10/04/2010    $ **********81.15

~~~Eighty-One Dollars and 15/100

Pay to the Order of: UNITED STATES BANKRUPTCY COURT
411 West 4th Street, Suite 2030
Santa Ana CA 92701

JOHN M. WOLFE, Trustee

⑁000l0ll3⑁ ⑉043302493⑉ 920001772661666⑉

**1233**
**BANK OF AMERICA**
FOR DEPOSIT ONLY
TREASURY GENERAL ACCOUNT
U.S. Bankruptcy Court (SA) - OP #207
ALC #8612
12335-80352

Pay to the order of 1233

**1233**
**BANK OF AMERICA**
FOR DEPOSIT ONLY
TREASURY GENERAL ACCOUNT
U.S. Bankruptcy Court (SA) - OP #211
ALC #8612
12335-80352

Pay to the order of 1233

ENDORSE CHECK HERE
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT